UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

BETH KRAMER,

Plaintiff,

- against -

KITH RETAIL, LLC,

Defendant.

---------------------------------------------------------------X

26-CV-4007 (VSB) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

According to the docket, Defendant was served on May 20, 2026 (Dkt. 6), and an answer or other response was due June 10, 2026. None has been filed. Accordingly, by **July 27, 2026**, Plaintiff shall file a status report, addressing, among other things, any efforts to establish contact with Defendant or its attorney (if known), and Plaintiff's plans with respect to applying for default and moving for default judgment.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 20, 2026
New York, New York

Copies transmitted this date to all counsel of record.