Granted. The conference will be rescheduled.

SO ORDERED:

8/20/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Joseph & Norinsberg
Fighting for Employee Justice

**Downtown Manhattan Office**
One World Trade Center, 85th Floor
New York, New York 10007

**Midtown Manhattan Office**
825 Third Avenue, Suite 2100
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Avenue, Suite 832
Winter Park, Florida 32790

August 20, 2026

***Via ECF***
Hon. Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **Kramer v. KITH Retail, LLC**
Case No. **1:26-cv-04007-VSB-RWL**

Dear Judge Lehrburger:

We represent Plaintiff in the above-referenced action. We write respectfully, with the consent of Defendant's counsel, to request an adjournment of the conference currently scheduled for September 15, 2026.

This is the parties' first request for an adjournment of this conference, and there have been no prior requests. Good cause exists for the requested adjournment because Judge Broderick recently extended Defendant KITH Retail, LLC's time to answer or otherwise respond to the Complaint until September 21, 2026. In light of that extension, the parties respectfully submit that additional time would allow them to continue evaluating whether this matter can be resolved without further litigation.

Plaintiff's counsel will be unavailable from October 12 through October 16, 2026, due to a pre-planned vacation. Accordingly, the parties respectfully request that the September 15, 2026

conference be adjourned to a date convenient for the Court after Defendant's current response deadline, other than October 12 through October 16, 2026, or to such other date as the Court deems appropriate.

We thank the Court for its consideration.

Sincerely,
/*s/ Robert L. Schonfeld*
Robert L. Schonfeld, Esq.

Cc: All counsel of record via ECF