Katten

50 Rockefeller Plaza
New York, NY 10020-1605
+1.212.940.8800 tel
katten.com

CHRISTOPHER T. VAZQUEZ
christopher.vazquez@katten.com
+1.212.940.6608 direct

The conference will be rescheduled.

SO ORDERED:

9/22/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

September 21, 2026

*Via ECF*
Hon. Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Kramer v. KITH Retail, LLC, Case No. 1:26-cv-04007-VSB-RWL**

Dear Judge Lehrburger,

We represent Defendant in the above-referenced action. We write respectfully, with the consent of Plaintiff's counsel, to request an adjournment of the conference currently scheduled for October 5, 2026.

This is the parties' second request for an adjournment of this conference. Good cause exists for the requested adjournment because Judge Broderick recently extended Defendant KITH Retail, LLC's time to answer or otherwise respond to the Complaint until October 21, 2026. In light of that extension, the parties respectfully submit that additional time would allow them to continue evaluating whether this matter can be resolved without further litigation.

Accordingly, the parties respectfully request that the October 5, 2026 conference be adjourned to a date convenient for the Court after Defendant's current October 21, 2026 response deadline, or to such other date as the Court deems appropriate.

We thank the Court for its consideration.

Sincerely,
*/s/ Christopher T. Vazquez*
Christopher T. Vazquez

Cc: All counsel of record via ECF



306149182v1_389628-00613 9/21/2026 4:10 PM