Katten

50 Rockefeller Plaza
New York, NY 10020-1605
+1.212.940.8800 tel
katten.com

CHRISTOPHER T. VAZQUEZ
christopher.vazquez@katten.com
+1.212.940.6608 direct

Granted. The IPTC will be rescheduled. The parties should not expect any adjournments after that.

SO ORDERED:

10/21/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

October 21, 2026

*Via ECF*
Hon. Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Kramer v. KITH Retail, LLC, Case No. 1:26-cv-04007-VSB-RWL**
**Request for Adjournment of Conference set for November 4, 2026**

Dear Judge Lehrburger,

I serve as counsel of record for Defendant in the above-referenced action. With the consent of Plaintiff's counsel, I respectfully request an adjournment of the Initial Pretrial Conference currently scheduled for November 4, 2026.

This is the parties' third request to adjourn the Conference. Good cause exists for the requested adjournment because I am commencing pretrial hearings today, which will be followed immediately by a jury trial in the U.S. Virgin Islands. The trial is expected to continue through at least November 13, 2026.

Given my unavailability on November 4, the parties respectfully request that the Conference be adjourned to a date convenient for the Court after November 30, 2026. The requested adjournment would afford the parties sufficient time to meet and confer and jointly prepare and timely submit the Civil Case Management Plan and Scheduling Order in accordance with Your Honor's Individual Practices prior to the rescheduled Conference.

Thank you for the Court's consideration of this request.

Sincerely,
*/s/ Christopher T. Vazquez*
Christopher T. Vazquez

Cc: All counsel of record via ECF