**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BETH KRAMER,<br>Plaintiff,<br>v.<br>KITH RETAIL LLC,<br>Defendant. | Case No. 1:26-cv-04007-VSB-RWL<br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Kristin J. Achterhof for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of Illinois and that her contact information is as follows:

Applicant's Name: Kristin J. Achterhof

Firm Name: Katten Muchin Rosenman LLP

Address: 525 W. Monroe

City / State / Zip: Chicago / IL / 60661

Telephone: (312) 902-5296

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant KITH Retail LLC, in the above-entitled action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

SO ORDERED.

Dated: October 27, 2026
New York, NY

Robert W. Lehrburger
United States Magistrate Judge